# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESTPORT INSURANCE CORPORATION,** | : | CIVIL ACTION NO. 1:05-CV-1252 |
| | : | |
| | : | (Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **BLACK, DAVIS & SHUE AGENCY, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 18th day of September, 2006, upon consideration of plaintiff's motion to stay discovery (Doc. 21), and it appearing that the discovery period in the above-captioned matter ended on March 15, 2006 (see Doc. 18), it is hereby ORDERED that the motion (Doc. 21) is DENIED as moot.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge